100258.79

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

JASON BUCKLEY

      Plaintiff(s),

vs.

CASE NO.:

OLD DOMINION FREIGHT LINE, INC.
AND PAUL MUTTINI
      Defendant(s).

### NOTICE OF REMOVAL

Come now Defendants, Old Dominion Freight Line, Inc. and Paul Muttini, by counsel, Thomas S. Ehrhardt and Kopka Pinkus Dolin PC, and respectfully notice this Court of the removal of the above-captioned cause from the Lake Superior Court, State of Indiana, pursuant to 28 U.S.C. § 1332(a), 28 U.S.C. § 1441, 28 U.S.C. § 1446 and in support thereof state as follows:

1.     This action is being removed to the United States District Court for the Northern District of Indiana, Hammond Division, on the basis of diversity of citizenship.

2.     On May 4, 2022, Plaintiff filed in the Lake Superior Court, State of Indiana, Summonses and a Complaint in the above-titled civil action under Cause No. 45D01-2205-CT-000426.  The entirety of all pleadings, process, orders, and other filings are attached hereto as Exhibit A.

3.     A copy of the Complaint and Summons was served upon the Defendant Old Dominion Freight Line, Inc. on May 16, 2022.  Pursuant to 28 U.S.C. 1446(b) this Notice of Removal must be filed on or before June 15, 2022.

4.     A copy of the Complaint and Summons was served upon the Defendant Paul Muttini to the best of his knowledge on or about June 3, 2022.

1

4.      On May 27, 2022, the undersigned counsel filed his Appearance on behalf of such Defendants.   Pursuant to a Motion for Enlargement of Time to file an Answer or other responsive pleading, Defendants have up to and including June 27, 2022 to file the same.

5.      This action is a civil action for which this Honorable Court has jurisdiction pursuant to 28 U.S.C. §§ 1332(a)(1) and 1332(b) and is one that may be removed pursuant to 28 U.S.C. § 1441, as the amount in controversy exceeds $75,000.00.  The Plaintiff is a resident and citizen of Indiana.  Defendant, Paul Muttini, is a resident and citizen of Illinois.  Defendant, Old Dominion Freight Line, Inc. is a Virginia Corporation with its principal place of business at 500 Old Dominion Way, Thomasville, North Carolina.  The Lake Superior Court is within the venue of the United States District Court for the Northern District of Indiana, Hammond Division.

6.      This Notice is being filed pursuant to 28 U.S.C. 1446(b) within the applicable time period for removal, and is removable as the time for filing such a notice has not yet expired.

7.      Undersigned counsel represents to the Court that each Defendant fully consents for the removal of this case to the United States District Court, Northern District of Indiana, Hammond Division.

8.      Concurrently with the filing of this Notice of Removal, Defendants filed a Notification of Notice of Removal with the Clerk of the Lake Superior Court as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants, Old Dominion Freight Line, Inc. and Paul Muttini, by counsel, respectfully notify this Honorable Court of the removal of this action from the Lake Superior Court, State of Indiana, to the United States District Court for the Northern District of

Indiana, Hammond Division, that this Court enter such orders as are appropriate, and for all

further just and proper relief in the premises.

Respectfully submitted,

/s/Thomas S. Ehrhardt
Thomas S. Ehrhardt, (#18621-45)
Attorney for Paul T. Muttini and Old Dominion
Freight Line, Inc.

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN  46307
Tel:    (219) 794-1888
Fax:    (219) 794-1892
Email: TSEhrhardt@kopkalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2022, I electronically filed the foregoing with the Clerk
of the Court using CM/ECF system. I further certify that on the 15th day of June, 2022, the
foregoing document was served upon the following person(s) via IEFS.

Bryan Bradley
ALLEN LAW GROUP
1109 Glendale Blvd.
Valparaiso, IN  46383
blb@allen.law

/s/Thomas S. Ehrhardt
Thomas S. Ehrhardt