45D01-2205-CT-000426

USDC IN/ND case 2:22-cv-00159-JVB-APR   document 3   filed 05/04/22   page 1 of 4

Filed: 5/4/2022 9:41 AM
Clerk
Lake County, Indiana

Lake Superior Court, Civil Division

| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | IN THE LAKE _____ COURT |
| | ) SS: | ROOM NUMBER _____ |
| **COUNTY OF LAKE** | ) | SITTING AT _____, INDIANA |

| | |
|---|---|
| JASON BUCKLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. |
| | ) |
| OLD DOMINION FREIGHT LINE, INC. | ) |
| and PAUL MUTTINI, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff, JASON BUCKLEY, for his Complaint against OLD DOMINION FREIGHT LINE, INC. and PAUL MUTTINI, alleges and states as follows:

1. At all times relevant, OLD DOMINION FREIGHT LINE, INC. (herein "Old Dominion") was and is an interstate motor carrier subject to the Federal Motor Carrier Safety Regulations, operating through and within the state of Indiana.

2. At all times relevant herein, Paul Muttini (herein "Muttini") was a professional truck driver employed by Old Dominion.

3. At all times relevant, Jason Buckley ("Jason") was and is a resident of Lake County, Indiana.

–1–

EXHIBIT A

4. At all times relevant herein, there was in full force and effect in the State of Indiana I.C. § 8-2.1-24-18, a statute incorporating by reference, *inter alia*, Parts 390, 391, 392, 393, 395, and 396 of the Federal Motor Carrier Safety Regulations (hereinafter "FMCSRs").

5. On July 7, 2021, Muttini was operating Old Dominion's Freightliner conventional semi-tractor with attached trailers (hereinafter collectively "the tractor-trailer"), under the dispatch and control of Old Dominion, northbound on I-65 ramp to I-80/94, in Hobart, Lake County, Indiana.

6. On July 7, 2021, Jason was traveling in a Mack garbage truck, lawfully traveling from northbound on I-65 on the exit ramp to I-80/94.

7. On and before July 7, 2021, Old Dominion, and its principals, managers, agents, and/or employees, including Muttini, were subject to the Federal Motor Carrier Safety Regulations and owed Jason and others lawfully traveling on the roadway, a duty to use reasonable care.

8. On and before July 7, 2021, Muttini was subject to the Federal Motor Carrier Safety Regulations and owed Jason, and others lawfully traveling on the roadway, a duty to use reasonable care.

9. On and before July 7, 2021, Old Dominion and Muttini breached the foregoing duties and were negligent, willful, wanton and/or reckless.

10. On July 7, 2021, as a direct and proximate result of the aforesaid negligence, willfulness, wantonness, and/or recklessness, Old Dominion and Muttini crashed their tractor-trailer with great force and violence into the rear of Jason's garbage truck.

11. As a direct and proximate result of the foregoing crash and the conduct of Old Dominion and Muttini, Jason was physically injured, suffered emotional distress and sustained other permanent and severe personal injuries; he incurred and will incur ambulance, hospital, diagnostic, surgical, therapeutic, pharmaceutical, and other medical expenses; he suffered and will suffer physical pain, mental suffering, terror, fright, loss of enjoyment of life, and permanent impairment; he lost time or wages and impairment of his earnings capacity; and Jason incurred other injuries and damages of a personal and pecuniary nature.

12. At all times relevant herein, Old Dominion exerted authority over Muttini's operation of its tractor-trailer, the means and methods employed by Muttini in his work, and provided him with the equipment, including, but not limited to, the tractor-trailer, motor carrier license, and load, necessary to accomplish his assigned tasks. As Muttini's employer and/or principal, Old Dominion is vicariously liable for his negligence and conduct.

WHEREFORE, JASON BUCKLEY, seeks the entry of judgment in Plaintiff's favor and against OLD DOMINION FREIGHT LINE, INC. and PAUL MUTTINI, and each of

them, for compensatory and punitive damages in an amount to be determined herein, prejudgment interest, for the costs of this action, and for any and all other relief that the Court and Jury may deem proper under the circumstances.

**ALLEN LAW GROUP**
Attorneys for Plaintiff

/s/Bryan L. Bradley

Bryan L. Bradley (17877-46)

## JURY DEMAND

Plaintiff demands trial by jury on his Complaint.

**ALLEN LAW GROUP**
Attorneys for Plaintiff

/s/Bryan L. Bradley

Bryan L. Bradley (17877-46)



Reply to Office Indicated

☑ **ALLEN LAW BUILDING:**
1109 Glendale Boulevard
Valparaiso, IN 46383
219.465.6292

☐ **JOLIET OFFICE:**
1000 Essington Road
Joliet, IL 60435
815.725.6292

☐ **MERRILLVILLE OFFICE:**
3700 E. Lincoln Highway (U.S. 30)
Merrillville, IN 46410
219.736.6292

☐ **ORLAND PARK OFFICE:**
15255 S. 94th Avenue
Orland Park, IL 60462
708.460.6292

☐ **INDIANAPOLIS OFFICE:**
201 N. Illinois Street (South Tower)
Indianapolis, IN 46204
317.842.6926

☐ **CHICAGO OFFICE:**
77 W. Wacker Drive
Chicago, IL 60601
312.236.6292

www.kenallenlaw.com